UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6113 MRW | Date | December 3, 2014 |
|---|---|---|---|
| Title | Vinotemp International Corporation v. LA Crosse Technology, Ltd | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER RE: NOTICE OF VOLUNTARY DISMISSAL

   Plaintiff filed a notice of voluntary dismissal. (Docket # 11.)  This action is dismissed without prejudice.

|  | 0 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | vm |